**SCHEETZ, Admr, Etc v SCHEETZ**

Ohio Appeals, 5th Dist, Coshocton Co

No 207. Decided December, 1933

Wheeler & Ely, Coshocton, and C. O. Turner, Coshocton, for plaintiff in error.

Lloyd Leech, Coshocton, for defendant in error.

For full opinion see 40 OLR 63; 189 NE 859; 47 Oh Ap 37.